# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

### NOTICE OF DOCUMENT DISCREPANCIES

**FILED**
2008 SEP -4 AM 10:54

*This space for Clerk's Office File Stamp*

TO: ☐ U. S. DISTRICT JUDGE / ☒ U. S. MAGISTRATE JUDGE ~~Dana M. Sabraw~~ Bencivengo

FROM: L. Hammer, Deputy Clerk    RECEIVED DATE: 8/29/2008

CASE NO.: 08cv1422 DMS (CAB)    DOCUMENT FILED BY: Petitioner

CASE TITLE: Reyes v. Adams

DOCUMENT ENTITLED: Motion for IFP

Upon the submission of the attached document(s), the following discrepancies are noted:

| ✓ | Local Rule | Discrepancy |
|---|---|---|
| ☐ | 5.1 | Missing time and date on motion and/or supporting documentation |
| ☐ | 5.3 | Document illegible or submitted on thermal facsimile paper |
| ☐ | **5.4** | **Document not filed electronically. Notice of Noncompliance already issued.** |
| ☐ | 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
| ☐ | 7.1 or 47.1 | Lacking memorandum of points and authorities in support as a separate document |
| ☐ | 7.1 or 47.1 | Briefs or memoranda exceed length restrictions |
| ☐ | 7.1 | Missing table of contents |
| ☐ | 15.1 | Amended pleading not complete in itself |
| ☐ | 30.1 | Depositions not accepted absent a court order |
| ☐ | | Supplemental documents require court order |
| ☐ | | Default Judgment in sum certain includes calculated interest |
| X | | **OTHER: IFP has already been granted on 8/11/2008 (Docket #5)** |

Date forwarded: 9/2/2008

### ORDER OF THE JUDGE / MAGISTRATE JUDGE

**IT IS HEREBY ORDERED:**

☐ The document is to be filed nunc pro tunc to date received.

☒ The document is NOT to be filed, but instead REJECTED. and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected document to be returned to pro se or inmate? ☒ Yes.   Court Copy retained by chambers ☐

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83.1

Received in Chambers
SEP 0 3 2008

CHAMBERS OF: **CATHY ANN BENCIVENGO**

Dated: Hon. Cathy Ann Bencivengo    By: MA

cc: All Parties

K:\COMMON\FORMS\CIVCRM35.WPD
Form # Civ/Crim 35 (4/98) -- [Docuument Discrepancy / Court Order]

Jose Luis Reyes
PLAINTIFF/PETITIONER/MOVANT'S NAME
V-61218
PRISON NUMBER
3A01-215U / P.O. Box 3461
Corcoran, CA 93212-3461
PLACE OF CONFINEMENT

ADDRESS

**REJECTED**

# United States District Court
## Southern District Of California

Jose Luis Reyes
_____,
Plaintiff/Petitioner/Movant

v.

D. Adams, Warden
_____,
Defendant/Respondent

Civil No. 08CV1422 DMS (CAB)
(TO BE FILLED IN BY U.S. DISTRICT COURT CLERK)

MOTION AND DECLARATION UNDER PENALTY OF PERJURY IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS

I, ___Jose Luis Reyes___ declare that I am the Plaintiff/Petitioner/Movant in this case. In support of my request to proceed without prepayment of fees or security under 28 U.S.C. § 1915, I further declare I am unable to pay the fees of this proceeding or give security because of my poverty, and that I believe I am entitled to redress.

In further support of this application, I answer the following question under penalty of perjury:
1. Are you currently incarcerated? ☒ Yes ☐ No   (If "No" go to question 2)
    If "Yes," state the place of your incarceration ___CSP-Corcoran___
    Are you employed at the institution?           ☐ Yes ☒ No
    Do you receive any payment from the institution? ☐ Yes ☒ No
[Have the institution fill out the Certificate portion of this affidavit and attach a certified copy of the trust account statement from the institution of your incarceration showing at least the last six months transactions.]

CIV-67 (Rev. 9/97)